1024

Theo MITICH, Appellant, v. SECURITY MUTUAL CASUALTY COMPANY, Appellee.

No. 10567.

Circuit Court of Appeals, Fifth Circuit.

Dec. 9, 1943.

Chester Clark, of Fort Worth, Tex., for appellant.

Henry D. Akin, of Dallas, Tex., for appellee.

Before SIBLEY, HOLMES, and WALLER, Circuit Judges.

PER CURIAM.

We have carefully examined the record and briefs in this cause and find no reversible error in the action of the lower Court in granting the motion for judgment non obstante veredicto.

The case is affirmed.